**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 149 WAL 2022
   :
         Respondent   :
   :  Petition for Allowance of Appeal
   :  from the Order of the Superior Court
      v.   :
   :
   :
DAVAUGHN HIPPS,   :
   :
         Petitioner   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 6th day of December, 2022, the Petition for Allowance of Appeal is **DENIED**.